
RECEIVED
IN LAKE CHARLES, LA

AUG 23 2005
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| SAFE HAVEN ENTERPRISES, INC. | : | DOCKET NO. 2:05 CV 1227 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| PATRICIA K. MCNEELY | : | MAGISTRATE JUDGE WILSON |

### ORDER

Having considered the plaintiff's Amended Complaint [doc. 5],

IT IS ORDERED that any motion for an injunction or a temporary restraining order IS DENIED as Fed.R.Civ.P 65 contains clear requirements regarding notice. The Amended complaint does not mention that notice has been given or attempted as required by the rule. The Order attached to the Amended Complaint states that "upon hearing the testimony of the parties and observing the credibility and demeanor of the witnesses at a hearing of this cause..." when, in fact, no hearing has been held nor requested.

IT IS FURTHER ORDERED that when counsel for the plaintiff receives a telephone call from anyone in the Judge's chambers, he is to return that call as soon as possible or face sanctions.

Lake Charles, Louisiana, this 22 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE